UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-CV-21476-CMA

DEBORAH BAKER,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, DEBORAH BAKER, by and through undersigned counsel, hereby notifies this Honorable Court that all pending claims between Plaintiff and Defendant, have been settled. The Plaintiff respectfully requests that this Court retain jurisdiction to enforce the terms of settlement, and a notice of dismissal under Federal Rule of Civil Procedure 41 will be submitted upon effectuation of the terms of the settlement.

    Respectfully submitted,

    LIPCON, MARGULIES
    & WINKLEMAN, P.A.
    *Attorney for Plaintiff*
    2800 Ponce de Leon Blvd., Suite 1480
    Coral Gables, FL 33134
    Telephone No.: (305) 373-3016
    Facsimile No.: (305) 373-6204

    By: */s/ Marc E. Weiner*
        **MARC E. WEINER**
        Florida Bar No. 91699
        mweiner@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Marc E. Weiner*
**MARC E. WEINER**

## SERVICE LIST
*Baker v. NCL*
**Case No. 24-CV-21476-CMA**

| | |
|---|---|
| **MICHAEL A. WINKLEMAN** | **TODD SUSSMAN** |
| Florida Bar No. 36719 | NORWEGIAN CRUISE LINE |
| mwinkleman@lipcon.com | 7665 Corporate Center Drive |
| **MARC E. WEINER** | Miami, FL 33126 |
| Florida Bar No. 91699 | Telephone: (305) 436-4653 |
| mweiner@lipcon.com | Facsimile: (305) 468-2132 |
| LIPCON, MARGULIES, | tsussman@nclcorp.com |
| & WINKLEMAN, P.A. | jjara@nclcorp.com |
| 2800 Ponce de Leon Blvd., | *Attorney for Defendant* |
| Suite 1480 | |
| Coral Gables, FL 33134 | |
| Telephone No.: (305) 373-3016 | |
| Facsimile No.: (305) 373-6204 | |